# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOSHUA VERDELL,

        Petitioner,    :    Case No. 3:19-cv-188

  - vs -                         District Judge Thomas M. Rose
                               Magistrate Judge Michael R. Merz

WARDEN, Noble Correctional Institution,

                                  :

        Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 3) to the Magistrate Judge's Report and Recommendations (ECF No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 16, 2019                                                                    *s/Thomas M. Rose

                                                                                   Thomas M. Rose
                                                                      United States District Judge